# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ALEJANDRO ESPINOZA            CASE NO. 1:23-cv-24406-PCH

Plaintiff,

v.

ULTRA ENTERPRISES, INC.
A Foreign For Profit Corporation

Defendant,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, **ALEJANDRO ESPINOZA**, by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, **ALEJANDRO ESPINOZA** and Defendant, **ULTRA ENTERPRISES, INC,** have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a dismissal within 30 days of this notice.

    **Respectfully Submitted,**

    **MENDEZ LAW OFFICES, PLLC**
    Attorney for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile:  305.809.8474
    Email:info@mendezlawoffices.com
    By: /s/ Diego German Mendez
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###